

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christi Beth Perrin, Appellant

No. 06-14-00232-CR      v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 4 of Collin County, Texas (Tr. Ct. No. 004-82924-2014). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Christi Beth Perrin, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk